**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| SADE EPPERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-CV-02361-JAR-GEB |
| | ) | |
| CAINE & WEINER, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff, Sade Epperson, by and through her undersigned counsel and gives notice to the Court that Plaintiff and Defendant have reached a settlement in principle and Plaintiff anticipates filing a notice of dismissal by October 2, 2017.

Dated August 28, 2017                                    Respectfully submitted,

*/s/ Keith Williston*
Keith Williston Bar #78645
4041 NE Lakewood Way, Suite 200
Lee's Summit, Missouri 64064
Tel. (816) 246-7800
Fax. (855) 523-5905
**ATTORNEY FOR PLAINTIFF**

1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2017 I sent a copy of the foregoing to Defendant via email to Steven Friedland at steven.friedland@caine-weiner.com.

                                   */s/ Keith N. Williston*
                                   Keith N. Williston