## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| SADE EPPERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-CV-02361-JAR-GEB |
| | ) | |
| CAINE & WEINER, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF DISMISSAL</u>

NOW COMES the Plaintiff, SADE EPPERSON, by and through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and voluntarily dismisses the above-styled case with prejudice, bearing her own costs.

Dated September 18, 2017                    Respectfully submitted,

                    */s/ Keith Williston*
                    Keith Williston Bar #78645
                    4041 NE Lakewood Way, Suite 200
                    Lee's Summit, Missouri 64064
                    Tel. (816) 246-7800
                    Fax. (855) 523-5905
                    **ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 18, 2017 I sent a copy of the foregoing to Defendant via email to Steven Friedland at steven.friedland@caine-weiner.com.


*/s/ Keith N. Williston*
Keith N. Williston